STRANGE & CARPENTER
Brian R. Strange (Cal. Bar No. 103252)
LACounsel@earthlink.net
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

LAW OFFICE OF JOSEPH MALLEY
Joseph H. Malley (not admitted)
malleylaw@gmail.com
1045 North Zang Blvd
Dallas, TX 75208
Telephone: (214) 943-6100

*Attorneys for Plaintiff and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JAMES DOUGLAS WHITE; an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARRIER IQ, INC., a Delaware Corporation; HUAWEI TECHNOLOGIES CO., LTD., a Chinese Company; and HUAWEI TECHNOLOGIES USA, INC., a Texas Corporation,<br><br>Defendants. | CASE No.: 5:12-cv-01449-EMC<br><br>**CLASS ACTION**<br><br>**STIPULATION TO ALLOW SUBSTITUTION OF PROPER DEFENDANT AND [PROPOSED] ORDER**<br><br>Action Filed on March 22, 2012 |

WHEREAS, Plaintiff filed this putative class action against Defendants Huawei

Technologies Co., Ltd. and Huawei Technologies USA, Inc. on March 22, 2012;

WHEREAS, on March 29, 2012, Plaintiff personally served Defendant Huawei

Technologies USA, Inc.;

WHEREAS, on April 12, 2012, Defendant Huawei Technologies USA, Inc.'s counsel

1 represented that Huawei Technologies USA, Inc. does not sell mobile devices and has no

2 involvement in the circumstances set forth in the Complaint and that Huawei Devices USA,

3 Inc. is the name of the subsidiary that sells mobile devices;

4      WHEREAS, the parties have agreed, subject to court approval, to substitute Huawei

5 Devices USA, Inc. as the proper defendant in this case, in place of defendant Huawei

6 Technologies USA, Inc., and to change the caption of this case accordingly, and Huawei

7 Devices USA, Inc. has agreed that service of the Complaint on it shall be deemed complete as

8 of the date of such substitution.

9      THEREFORE, the parties agree, subject to court approval, to substitute Huawei

10 Devices USA, Inc. as the proper defendant in this case, in place of defendant Huawei

11 Technologies USA, Inc., and to change the caption of this case accordingly, to read JAMES

12 DOUGLAS WHITE; an individual, on behalf of himself and others similarly situated, Plaintiff,

13 v. CARRIER IQ, INC., a Delaware Corporation; HUAWEI TECHNOLOGIES CO., LTD., a

14 Chinese Company; and HUAWEI DEVICES USA, INC., a Texas Corporation, Defendants.

15      IT IS SO STIPULATED

16 Dated:  May 9, 2012.                    By:  /s/ Brian R. Strange

17                            Brian R. Strange (Cal. Bar No. 103252)
LACounsel@earthlink.net

18                            STRANGE & CARPENTER
12100 Wilshire Boulevard, Suite 1900

19                            Los Angeles, CA 90025
Telephone: (310) 207-5055

20                            Facsimile: (310) 826-3210

21                            Law Office of Joseph H. Malley
Joseph H. Malley (not admitted)

22                            malleylaw@gmail.com
1045 North Zang Blvd

23                            Dallas, TX 75208
Telephone: (214) 943-6100

24

25                            *Attorneys for Plaintiff and the Proposed Class*

26

27

28

1    Dated:  May 9, 2012.                    By:  /s/ Simon J. Frankel

2                                             Simon J. Frankel (Cal. Bar No. 171552)
                                             SFrankel@cov.com
3                                            COVINGTON & BURLING LLP
                                             One Front Street, 35th Floor
4                                            San Francisco, CA 94111
                                             Telephone: (415) 591-7052
5                                            Facsimile: (415) 955-6552

6                                            *Attorneys for Defendant Huawei Technologies
                                             USA, Inc. and Huawei Devices USA, Inc.*

7

8

9            Pursuant to stipulation, it is SO ORDERED.

10   Dated:            May 17, 2012

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO ALLOW SUBSTITUTION OF PROPER DEFENDANT
-3-

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2      I, Brian R. Strange, am the ECF User whose identification and password are being used

3  to file this **STIPULATION TO ALLOW SUBSTITUTION OF PROPER DEFENDANT**

4  **AND [PROPOSED] ORDER.**  In compliance with General Order 45.X.B, I hereby attest that

5  Simon J. Frankel has concurred in this filing.

6

7  DATED: May 9, 2012                          By:  _____/s/ Brian R. Strange_____

8                                                   Brian R. Strange (Cal. Bar No. 103252)
                                                    LACounsel@earthlink.net
9                                                   STRANGE & CARPENTER
                                                    12100 Wilshire Boulevard, Suite 1900
10                                                  Los Angeles, CA 90025
                                                    Telephone: (310) 207-5055
11                                                  Facsimile: (310) 826-3210

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28