STRANGE & CARPENTER
Brian R. Strange (Cal. Bar No. 103252)
LACounsel@earthlink.net
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

LAW OFFICE OF JOSEPH MALLEY
Joseph H. Malley (not admitted)
malleylaw@gmail.com
1045 North Zang Blvd
Dallas, TX 75208
Telephone: (214) 943-6100

*Attorneys for Plaintiff and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JAMES DOUGLAS WHITE; an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARRIER IQ, INC., a Delaware Corporation; HUAWEI TECHNOLOGIES CO., LTD., a Chinese Company; and HUAWEI TECHNOLOGIES USA, INC., a Texas Corporation,<br><br>Defendants. | CASE No.: 5:12-cv-01449-EMC<br><br>**CLASS ACTION**<br><br>**STIPULATION TO ALLOW SUBSTITUTION OF PROPER DEFENDANT AND [PROPOSED] ORDER**<br><br>Action Filed on March 22, 2012 |

WHEREAS, Plaintiff filed this putative class action against Defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA, Inc. on March 22, 2012;

WHEREAS, on March 29, 2012, Plaintiff personally served Defendant Huawei Technologies USA, Inc.;

WHEREAS, on April 12, 2012, Defendant Huawei Technologies USA, Inc.'s counsel

1  represented that Huawei Technologies USA, Inc. does not sell mobile devices and has no
2  involvement in the circumstances set forth in the Complaint and that Huawei Devices USA,
3  Inc. is the name of the subsidiary that sells mobile devices;
4        WHEREAS, the parties have agreed, subject to court approval, to substitute Huawei
5  Devices USA, Inc. as the proper defendant in this case, in place of defendant Huawei
6  Technologies USA, Inc., and to change the caption of this case accordingly, and Huawei
7  Devices USA, Inc. has agreed that service of the Complaint on it shall be deemed complete as
8  of the date of such substitution.
9        THEREFORE, the parties agree, subject to court approval, to substitute Huawei
10 Devices USA, Inc. as the proper defendant in this case, in place of defendant Huawei
11 Technologies USA, Inc., and to change the caption of this case accordingly, to read JAMES
12 DOUGLAS WHITE; an individual, on behalf of himself and others similarly situated, Plaintiff,
13 v. CARRIER IQ, INC., a Delaware Corporation; HUAWEI TECHNOLOGIES CO., LTD., a
14 Chinese Company; and HUAWEI DEVICES USA, INC., a Texas Corporation, Defendants.
15        IT IS SO STIPULATED

Dated:  May 9, 2012.                    By:  /s/ Brian R. Strange

                                        Brian R. Strange (Cal. Bar No. 103252)
                                        LACounsel@earthlink.net
                                        STRANGE & CARPENTER
                                        12100 Wilshire Boulevard, Suite 1900
                                        Los Angeles, CA 90025
                                        Telephone: (310) 207-5055
                                        Facsimile: (310) 826-3210

                                        Law Office of Joseph H. Malley
                                        Joseph H. Malley (not admitted)
                                        malleylaw@gmail.com
                                        1045 North Zang Blvd
                                        Dallas, TX 75208
                                        Telephone: (214) 943-6100

                                        *Attorneys for Plaintiff and the Proposed Class*

1 | Dated: May 9, 2012.                    By:  /s/ Simon J. Frankel

Simon J. Frankel (Cal. Bar No. 171552)
SFrankel@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-7052
Facsimile: (415) 955-6552

*Attorneys for Defendant Huawei Technologies USA, Inc. and Huawei Devices USA, Inc.*

Pursuant to stipulation, it is SO ORDERED.

Dated: May 17, 2012

IT IS SO ORDERED

Judge Edward M. Chen

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Brian R. Strange, am the ECF User whose identification and password are being used to file this **STIPULATION TO ALLOW SUBSTITUTION OF PROPER DEFENDANT AND [PROPOSED] ORDER.**  In compliance with General Order 45.X.B, I hereby attest that Simon J. Frankel has concurred in this filing.

DATED: May 9, 2012                                       By:  _____/s/ Brian R. Strange_____

                                                 Brian R. Strange (Cal. Bar No. 103252)
                                                 LACounsel@earthlink.net
                                                 STRANGE & CARPENTER
                                                 12100 Wilshire Boulevard, Suite 1900
                                                 Los Angeles, CA 90025
                                                 Telephone: (310) 207-5055
                                                 Facsimile: (310) 826-3210